Jasmina Richter/Bar No. 024180
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012-3099
Direct Phone: (602) 532-5779
E-Mail: Jasmina.Richter@sandersparks.com

Sabrina Haurin (*pro hac vice* motion to be filed)
Ohio Bar No. 0079321
**BAILEY CAVALIERI LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Direct Phone: (614) 229-3253
E-mail: shaurin@baileycav.com

*Attorneys for Defendant Liberty Insurance Underwriters Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tapestry on Central Condominium Association, <br><br> Plaintiff, <br><br> v. <br><br> Liberty Insurance Underwriters Inc., <br><br> Defendant. | Case No. <br><br> State Court Case No. CV2018-011944 <br><br> **DEFENDANT LIBERTY INSURANCE UNDERWRITERS INC.'S NOTICE OF REMOVAL** |

Defendant Liberty Insurance Underwriters Inc. ("Liberty") hereby files this Notice of Removal for the removal of this action from the Superior Court of Arizona, Maricopa County to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1332, 1441 and 1446. This is a civil action over which this Court has original jurisdiction and the matter is properly removed to this Court for these reasons:

1. On September 9, 2018, Plaintiff Tapestry on Central Condominium Association (the "Association") filed a Complaint in the Superior Court of Arizona, Maricopa County (the "Complaint") in the action captioned *Tapestry on Central*

*Condominium Association v. Liberty Insurance Underwriters Inc.*, Case No. CV2018-011944 (hereinafter, the "State Action").

2.     The Complaint was served on Liberty on or about November 30, 2018. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Liberty in the State Action are attached hereto as "Exhibit 1."

3.     The Complaint names Liberty as the only defendant. (Compl. ¶ 1).

4.     According to the Complaint filed in the State Action, the Association is an Arizona non-profit corporation with its principal place of business located in Arizona. (Compl. ¶ 1.)

5.     Liberty is an Illinois corporation with its principal place of business located in Massachusetts. (Compl. ¶ 2).

6.     In the State Action, the Association asserts one cause of action for breach of contract arising from Liberty's issuance of a Community Association Executive Advantage Insurance Policy, policy number CAP10206-0212, to the Association effective for the period from October 26, 2013 to October 26, 2014 (the "Policy"). Specifically, the Association alleges that Liberty breached the Policy when it denied the Association's request that Liberty provide a defense under the Policy in connection with a lawsuit filed by Matthew B. Hodeaux Architect, PLLC and MBH Development, LLC against the Association (the "Underlying Action"). (Compl. ¶¶ 14-21).

8.     Because the Association and Liberty are citizens of different states, the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

9.     In the Complaint filed in the State Action, the Association seeks to recover compensatory, consequential, special, and other damages resulting from Liberty's alleged breach of the Policy and attorneys' fees and costs incurred by the Association in this coverage action.  (Compl. at 4.)  Upon information and belief, that amount is in excess of $75,000.00 and, as such, the amount in controversy exceeds $75,000.00.

10.     This Notice of Removal is filed within thirty days of the filing of the Complaint on Liberty.

11.     A copy of the Notice of Removal will be sent to the Superior Court of Arizona, Maricopa County.

12.     Accordingly, this action is hereby removed to the United States District Court for the District of Arizona, pursuant to 28 U.S.C. § 1332.

RESPECTULLY submitted this 20th day of December, 2018.

SANDERS & PARKS, P.C.

s/ Jasmina Richter
Jasmina Richter
3030 North Third Street, Suite 1300
Phoenix, Arizona  85012-3099
*Attorneys  for Defendant Liberty Insurance Underwriters Inc.*

1

## CERTIFICATE OF SERVICE

2

I hereby certify that the foregoing Defendant Liberty Insurance Underwriters Inc.'s

3

4

Notice of Removal was served upon counsel for the parties to this action via electronic

5

mail this 20th day of December 2018 as follows:

6

Christopher A. LaVoy

7

Tiffany & Bosco, P.A.

Seventh Floor Camelback Esplanade II

8

2525 East Camelback Road

Phoenix, AZ 85016

9

cal@tblaw.com

10

11

/s Zina Seyferth

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28